1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN QUINTERO,                                    No. C 08-4163  MHP

12 |          Plaintiff(s),                           **ORDER**
                                                      **(Ninety-Day Conditional Dismissal)**
13 |    v.

14 | FOSS MARITIME,

15 |          Defendant(s).
    _____/

16

17          The parties hereto, by their counsel, having advised the Court that they have agreed to a

18 | settlement of this action.

19          IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,

20 | however, that if any party hereto shall certify to this Court, with a proof of service of a copy on

21 | opposing counsel, within 90 days from the date hereof, that the agreed consideration for the

22 | settlement has not been delivered over, this Order shall stand vacated, and the action shall be

23 | restored to the calendar to be set for trial.

24

25 | Dated: 2/12/2010

26                                                   MARILYN HALL PATEL
                                                     United States District Court Judge

27

28